NAVDIP SINGH
Box 6801, Orange, CA 92863
Tel: (714) 476-9992
Fax (714) 921-3866
Petitioner, In Pro Per

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVDIP SINGH, <br><br> Petitioner, <br><br> vs. <br><br> MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; MICHAEL MUKASEY, U.S. ATTORNEY GENERAL; DAVID STILL, DIRECTOR OF IMMIGRATION & NATURALIZATION SERVICE (USCIS), <br><br> Respondents | Civil Case No.: <br><br> CV 08 2355 <br><br> PETITION FOR WRIT OF HABEAS CORPUS <br><br> JF <br><br> (PR) |

COMES NOW Navdip Singh, petitioner in the above-styled and numbered cause and for cause of action would show unto the Court the following:

1. The habeas corpus proceeding involves a man incarcerated by Dept. of Homeland Security (DHS) for the last 8 months after deportation order became final in Dec. 2003 merely for overstaying his 1991 parole into USA, after denial of asylum, while his marriage-based adjustment of status as relief from removal from the United States remains unexhausted.

2. Pursuant to *Cruz-Aguilera v. INS*, 245 F.3d 1070, 1075 (9th Cir. 2001), "*the district court alone has jurisdiction over an original habeas petition.*" The 9th Circuit has held that the proper respondent for an immigration detainee's habeas

petition is the Secretary of the Department of Homeland Security (DHS).

3. **Jurisdiction** in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes. On April 17, 2008, Immigration Judge denied bond for lack of jurisdiction, per **EXHIBIT A**.

4. **Venue** is proper in this court, pursuant to 28 U.S.C. §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to petitioner's claim occurred. More specifically, Petitioner was deported by Immigration Judge in San Francisco. To Petitioner's knowledge, remains pending with the San Francisco District Director of USCIS.

5. **EXHAUSTION OF REMEDIES**: Petitioner has exhausted his administrative remedies, except for pending marriage-based adjustment claim. Petitioner has, through his attorney, made numerous inquiries concerning release and the status of the relative petition I-130 but DHS prolonged 8-month detention but to no avail.

6. On June 28, 2001, the U.S. Supreme Court issued its opinion in *Zadvyas v. Davis*, 533 U.S. 678 (2001), which held that federal law authorizes only a period of detention that is reasonably necessary to bring about an alien's removal from the United States, and *"does not permit indefinite detention."* *Zaydvyas* required federal officials to release deportable aliens from immigration custody after the expiration of presumptively reasonable, **180-day period** subsequent to the entry of final order of deportation or removal when no *"significant likelihood of removal (exists) in the reasonably foreseeable future."* *Zaydvyas* 533 U.S. at 699-700; see also *Ma v. Ashroft*, 257 F.3d 1095, 1100 (9th Cir. 2002) (concluding that federal law does not permit the Attorney General to hold someone "for more than a reasonable period" beyond the 90-day statutory removal window, and mandates release of the alien under 8 U.S.C. 1231(a)(3), when the alien "has already entered the United States and there is no likelihood that a foreign government will accept the alien's return in the reasonably foreseeable future").

7. After DHS failed to release Singh for the last eight months through several

2

attorneys, Mr. NAVDIP SINGH concluded that a *petition for a writ of habeas corpus* should be filed, pursuant to **28 U.S.C. §2241.**

8. Mr. NAVDIP SINGH is detained by the respondents at the CA Mira Loma Detention Center in the Central District of California. The 180-day period after NAVDIP SINGH's detention in August 2007, enumerated by the Supreme Court in *Zadyas has long* expired after 6 months in detention, in fact.

9. Singh has the ability to pay a reasonable bond, upto $15,000.00 and to perform the conditions for release from custody DHS until DHS can process his pending green card.

10. Respondent is generally charged with enforcement of the Immigration and Nationality Act (INA), and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security, and its Director,

11. Pursuant to U.S. Immigration and Nationality Act **(INA) §245(i),** Navdip Singh is **not deportable** and eligible for green card while in USA through his wife, because she filed for marriage petition I-130 with DHS on Dec. 30, 1998, that is, before **Dec. 21, 2000**, intended cut-off date by Congress for illegal entrants or parolee like Singh to adjust status while in USA, if extreme hardship to immediate family in USA would result by physically excluding Singh from USA.

12. Singh is *prima facie* eligible for marriage-based adjustment relief from removal which has not been considered by U.S. Court of Appeals for the Ninth Circuit. See **Exhibit E.** With the new motion to reopen just filed last month with the Board of Immigration Appeals (BIA), BIA will take eight months or so to rule on the marriage claim. If BIA denies the claim, petition for review of BIA decision may be filed before the U.S. Court of Appeals with a concurrent motion for stay of removal; that will prolong Singh's detention for additional two years.

13. In violation of the Singh's Constitutional Right to Freedom or Liberty, Singh may have to stay in DHS jail for three more years, unless this Court orders immigration to release him, while the marriage claim is being adjudicated by BIA or 9th Circuit, as DHS lacks jurisdiction to adjust status and release Singh.

**CAUSE**

3

PETITION FOR WRIT OF HABEAS CORPUS

14. Mr. Navdip Singh is over 21, his social security no. is 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, alien no. is A076-674-317, birth date is 5/16/68, birth place is India. He married Satinder Kaur, who has a green card A045-259-666 since March 28, 1996, and they had three children in USA: *Priya* Kaur (born 11/27/1999), *Sahib* Singh (born 7/18/2001), and *India* Kaur (born 5/10/1997). Three years back, Singh and his wife purchased and still own and operate a Food Store in San Bernardino, CA, worth over $250,000 and profitable.

15. On 10/02/1991, Navdip Singh first entered USA at Los Angeles airport through an agent seeking asylum, and was released on his own recognizance.

16. Singh is a citizen of India and the husband of Ms. Satinder Kaur, a U.S. lawful permanent resident (LPR or green card). He was admitted to the United States as parolee and, accordingly, is entitled to seek lawful permanent resident status (green card) as spouse of a U.S. LPR, pursuant to **INA §204(a)(1)(A)(i), 8 U.S.C. §1154**.

17. Singh is eligible for green card, based on bona-fide marriage, and timely filing of I-130 relative petition, before April 30, 2001, while INA §245(i) was in effect, which **waives Singh's illegal** entry into USA if Singh pays DHS $1000 fine.

   a. Bona-fide Marriage is established by three chilldren, and Grant Deed for the store in favor of both petitioner and his wife.

   b. Pursuant to INA §245(i), petitioner is eligible to adjust status to green card without leaving the USA, even though petitioner is deportable for overstaying entry into USA after parole, because Singh's wife filed relative petition I-130 before April 30, 2001.

18. USCIS Director, through his agent, is yet to approve the I-130 relative petition, and may require a writ of mandamus by this Court.

19. Mr. NAVDIP SINGH is detained by the respondents at the CA Mira Loma Detention Center in the Central District of California. The 180-day period after NAVDIP SINGH's detention in August 2007, enumerated by the Supreme Court in *Zadyas has long* expired after 6 months in detention, in fact. DHS has failed to release Singh.

20. Petitioner Singh has no alternative relief but, at the suggestion of some immigration judge, filed the instant *habeas* petition and ask this Court to order his

release from DHS custody, on bond, as the Court deems just.

### PRAYER

WHEREFORE, in view of the arguments and authority noted herein, Petitioner respectfully pray that the Respondents be Ordered to release Petitioner from custody of the Dept. of Homeland Security and to render its decision on the I-130 relative petition, or to grant such other relief at law and in equity as justice may require.

Respectfully submitted,

*Navdip Singh*

NAVDIP Singh,  5-4-08

Petitioner, In Pro Per

### CERTIFICATE OF SERVICE

I certify that the foregoing was emailed, faxed, and sent by U.S. post office certified mail to Edward.Olsen@usdoj.gov, U.S. Attorney Office, at (415) 436-6915, (415) 436-6927-fax, with address 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102, on 5-5-08

*Viney Gupta*

Viney Gupta, attorney

## LIST OF ATTACHMENTS

| *Exhibit* | *Description* |
|---|---|
| A | Immigration Judge Order denying Release |
| B. | Pending I-130 Marriage Petition receipt |
| C. | Spouse's Green Card |
| D. | Tax Return 2007 |
| E. | Memorandum by Ninth Circuit re old asylum claim |

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
LANCASTER, CA

FILE: A76-674-317

IN THE MATTER OF:

SINGH, NAVDIP THIND

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

[X] ORDERED that the request for a change in custody status be denied.

___ ORDERED that the request be granted and that respondent be:

___ released from custody on his own recognizance

___ released from custody under bond of $_____

[X] OTHER _NO JURISDICTION_

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: waived -- (reserved) By Resp  Due by: 5/19/08

LANCASTER -- MIRA LOMA DETENTION FACILITY

Date: Apr 17, 2008

_____
ROBERT O. VICARS, JR.
Immigration Judge

XS

U.S. Department of Justice
Immigration and Naturalization Service

Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-04-007-50340 | | CASE TYPE I130 IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIVED DATE<br>October 8, 2003 | PRIORITY DATE | PETITIONER<br>KAUR, SATINDERJIT |
| NOTICE DATE<br>October 9, 2003 | PAGE<br>1 of 1 | BENEFICIARY A76 674 317<br>SINGH, NAVDIP |

MARTIN R. GUAQJARDO
RE: NAVDIP SINGH
555 CLAY ST
SAN FRANCISCO CA 94111

Notice Type:  Receipt Notice

Amount received: $ 130.00

Section: Husband or wife of permanent
resident, 203(a)(2)(A) INA

The above application or petition has been received. It typically takes 990 to 990 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

10-14-03P04:51 RCVD

Form I-797 (Rev. 09/07/93)N

70295



| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2007** | | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|

For the year Jan 1 – Dec 31, 2007, or other tax year beginning _____, 2007, ending _____, 20__   OMB No. 1545-0074

**Label** (See instructions.)
**Use the IRS label. Otherwise, please print or type.**

Your first name: NAVDIP   MI: __   Last name: SINGH
If a joint return, spouse's first name: SATINDERJIT   MI: __   Last name: KAUR
Home address (number and street). If you have a P.O. box, see instructions: 1925 E. WASHINGTON ST.   Apartment no.: C-14
City, town or post office. If you have a foreign address, see instructions: COLTON   State: CA   ZIP code: 92324

Your social security number: [redacted]
Spouse's social security number: [redacted]

You **must** enter your social security number(s) above.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ....... ► [X] You  [X] Spouse

Checking a box below will not change your tax or refund.

**Filing Status** — Check only one box.
1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here ►
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a [X] **Yourself.** If someone can claim you as a dependent, **do not** check box 6a ..........
- b [X] **Spouse** ....................................................................

Boxes checked on 6a and 6b ... **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| INDIA KAUR SINGH THIND | [redacted] | Daughter | [X] |
| PRIYA KAUR SINGH THIND | [redacted] | Daughter | [X] |
| SAHIB SINGH THIND | [redacted] | Son | [X] |

No. of children on 6c who:
- lived with you ... **3**
- did not live with you due to divorce or separation (see instrs) ...
- Dependents on 6c not entered above ...

If more than four dependents, see instructions.

d Total number of exemptions claimed ................................ Add numbers on lines above ► **5**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a Taxable interest. Attach Schedule B if required | 8a | |
| b Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required | 9a | |
| b Qualified dividends (see instrs) | 9b | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 Alimony received | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ | 12 | 47,444. |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ► [ ] | 13 | |
| 14 Other gains or (losses). Attach Form 4797 | 14 | |
| 15a IRA distributions ...... 15a ____ b Taxable amount (see instrs) | 15b | |
| 16a Pensions and annuities 16a ____ b Taxable amount (see instrs) | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 Farm income or (loss). Attach Schedule F | 18 | |
| 19 Unemployment compensation | 19 | |
| 20a Social security benefits ... 20a ____ b Taxable amount (see instrs) | 20b | |
| 21 Other income | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 47,444. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses (see instructions) | 23 | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 Health savings account deduction. Attach Form 8889 | 25 | |
| 26 Moving expenses. Attach Form 3903 | 26 | |
| 27 One-half of self-employment tax. Attach Schedule SE | 27 | 3,352. |
| 28 Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 Self-employed health insurance deduction (see instructions) | 29 | |
| 30 Penalty on early withdrawal of savings | 30 | |
| 31a Alimony paid  b Recipient's SSN ► _____ | 31a | |
| 32 IRA deduction (see instructions) | 32 | |
| 33 Student loan interest deduction (see instructions) | 33 | |
| 34 Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 Add lines 23 – 31a and 32 – 35 | 36 | 3,352. |
| 37 Subtract line 36 from line 22. This is your **adjusted gross income** ► | 37 | 44,092. |

**BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**   FDIA0112  12/06/07   Form **1040** (2007)

Form 1040 (2007)  NAVDIP SINGH & SATINDERJIT KAUR   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   Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 44,092. |
| Standard Deduction for — | 39a Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. Total boxes checked ► 39a | | |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ► 39b ☐ | | |
| | 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 10,700. |
| | 41 Subtract line 40 from line 38 | 41 | 33,392. |
| | 42 If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the instructions | 42 | 17,000. |
| • All others: | 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 16,392. |
| Single or Married filing separately, $5,350 | 44 Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ Form(s) 8889 | 44 | 1,674. |
| Married filing jointly or Qualifying widow(er), $10,700 | 45 Alternative minimum tax (see instructions). Attach Form 6251 | 45 | 0. |
| | 46 Add lines 44 and 45 | 46 | 1,674. |
| | 47 Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| | 48 Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| Head of household, $7,850 | 49 Education credits. Attach Form 8863 | 49 | |
| | 50 Residential energy credits. Attach Form 5695 | 50 | |
| | 51 Foreign tax credit. Attach Form 1116 if required | 51 | |
| | 52 Child tax credit (see instructions). Attach Form 8901 if required | 52 | 1,674. |
| | 53 Retirement savings contributions credit. Attach Form 8880 | 53 | |
| | 54 Credits from: a ☐ Form 8396  b ☐ Form 8859  c ☐ Form 8839 | 54 | |
| | 55 Other credits: a ☐ Form 3800  b ☐ Form 8801  c ☐ Form ___ | 55 | |
| | 56 Add lines 47 through 55. These are your total credits | 56 | 1,674. |
| | 57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ► | 57 | 0. |
| **Other Taxes** | 58 Self-employment tax. Attach Schedule SE | 58 | 6,704. |
| | 59 Unreported social security and Medicare tax from: a ☐ Form 4137  b ☐ Form 8919 | 59 | |
| | 60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 Household employment taxes. Attach Schedule H | 62 | |
| | 63 Add lines 57-62. This is your total tax ► | 63 | 6,704. |
| **Payments** | 64 Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| If you have a qualifying child, attach Schedule EIC. | 65 2007 estimated tax payments and amount applied from 2006 return | 65 | |
| | 66a Earned income credit (EIC) ...No 66a | | |
| | b Nontaxable combat pay election ► 66b | | |
| | 67 Excess social security and tier 1 RRTA tax withheld (see instructions) | 67 | |
| | 68 Additional child tax credit. Attach Form 8812 | 68 | 1,326. |
| | 69 Amount paid with request for extension to file (see instructions) | 69 | |
| | 70 Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 70 | |
| | 71 Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | |
| | 72 Add lines 64, 65, 66a, and 67 through 71. These are your total payments ► | 72 | 1,326. |
| **Refund** | 73 If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d or Form 8888. | 74a Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ► ☐ | 74a | |
| | ► b Routing number XXXXXXXXX   ► c Type: ☐ Checking  ☐ Savings | | |
| | ► d Account number XXXXXXXXXXXXXXXX | | |
| | 75 Amount of line 73 you want applied to your 2008 estimated tax ► 75 | | |
| **Amount You Owe** | 76 Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions ► | 76 | 5,378. |
| | 77 Estimated tax penalty (see instructions) 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following. ☐ No | | |
| | Designee's name ► Preparer   Phone no. ►   Personal identification number (PIN) ► | | |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation SELF EMPLOYED | Daytime phone number (909) 888-2807
Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation SELF EMPLOYED |

**Paid Preparer's Use Only**

| Preparer's signature ► | Date 04/08/2008 | Check if self-employed ☒ | Preparer's SSN or PTIN P00000965 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ► | SEUNG KYUNG CHOE CPA  1068 ARLINGTON AVE  LOS ANGELES  CA  90019 | | EIN ▬▬▬  Phone no. (909) 890-2662 |

FDIA0112  12/06/07   Form 1040 (2007)

# USDA

**U.S. Department of Agriculture - Food and Nutrition Service**

## FOOD STAMP PROGRAM PERMIT

**FNS NUMBER: 0058166**

Store Name: THE #1 FOOD STORE
Mailing Address: 841 INLAND CENTER DR
SAN BERNARDINO, CA 92408

Store Type: Convenience Store
Location Address: 841 INLAND CENTER DR
SAN BERNARDINO, CA 92408

Authorization Date: 01/25/2006
Owner Name(s): Satinderjit Kaur,
Navdip Singh

Field Office: Los Angeles, CA
Field Office Address: USDA FOOD AND NUTRITION SERVICE
360 EAST 2ND STREET SUITE 705
LOS ANGELES, CA 90012

This permit certifies the owner(s) and business location listed above are hereby granted approval to accept and redeem food stamp benefits on condition that the acceptance and redemption of all coupons/instruments shall be in accordance with the rules and regulations governing the Food Stamp Program.

## THIS PERMIT IS NOT TRANSFERABLE

Any changes in the ownership, location, name of business, and/or operation void this permit. To prevent illegal use, this permit must be returned to the Food and Nutrition Service (FNS) upon any change/sale/transfer of the business or upon request by the FNS. Failure to report changes immediately to FNS may result in substantial fines and administrative sanctions. IF STORE MOVES, IS SOLD/CLOSED OR VOLUNTARILY WITHDRAWS FROM THE FOOD STAMP PROGRAM, PLEASE CONTACT YOUR SERVICING FIELD OFFICE.

Issued by FNS Representative: _____     Date of Issue: 01/25/2006

**THIS PERMIT MUST BE DISPLAYED IN A CONSPICUOUS PLACE**

**FILED**

NOT FOR PUBLICATION

MAR 17 2008

UNITED STATES COURT OF APPEALS

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NAVDIP SINGH THIND, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL B. MUKASEY, Attorney General, <br><br> Respondent. | No. 07-74322 <br><br> Agency No. ~~~~~~~~ <br><br> MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 10, 2008**

Before: T.G. NELSON, TASHIMA and BYBEE, Circuit Judges.

This is a petition for review of the Board of Immigration Appeals' ("BIA")

---

\*  This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*  The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

LL/MOATT

REC'D MAR 18 2008

70295A

07-74322

order denying petitioner's motion to reopen removal proceedings based on changed country conditions.

We review the BIA's denial of a motion to reopen for abuse of discretion. See *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003).

The regulations provide that "a party may file only one motion to reopen" and that the motion "must be filed no later than 90 days after the date on which the final administrative decision was rendered in the proceeding sought to be reopened." See 8 C.F.R. § 1003.2(c)(2). Petitioner contends that his second and untimely motion to reopen meets the changed country conditions exception to these time and numerical limitations. See 8 C.F.R. § 1003.2(c)(3)(ii). However, petitioner failed to provide sufficient evidence regarding a material change that he, in particular, faces a risk of persecution or torture in India. See *Malty v. Ashcroft*, 381 F.3d 942, 945 (9th Cir. 2004) ("The critical question is . . . whether circumstances have changed sufficiently that a petitioner who previously did not have a legitimate claim for asylum now has a well-founded fear of future persecution."). Therefore, the BIA did not abuse its discretion in denying petitioner's second and untimely motion to reopen. See *Iturribarria*, 321 F.3d at 894-97.

LL/MOATT

2

07-74322

    Accordingly, respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

    All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

    **PETITION FOR REVIEW DENIED.**

LL/MOATT

U.S. Department of Justice

Executive Office for Immigration Review

Board of Immigration Appeals
Office of the Clerk

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

Gupta, Viney K., Esq.
P.O. Box 6801
Orange, CA 92863-0000

Office of the District Counsel/SFR
P.O. Box 26449
San Francisco, CA 94126-6449

Name: THIND, NAVDIP SINGH

Type of Proceeding: Removal

Type of Motion:

Date of this notice: 4/21/2008

Filed by: Alien

### FILING RECEIPT FOR MOTION

The Board of Immigration Appeals acknowledges receipt of your motion and fee or fee waiver request (where applicable) on April 18, 2008 in the above-referenced case.

**PLEASE NOTE**

Filing a motion with the Board of Immigration Appeals DOES NOT automatically stop the Department of Homeland Security from executing an order of removal or deportation. If you are in DHS detention and are about to be deported, you may request the Board to stay your deportation on an emergency basis. For more information, call BIATIPS at (703) 605-1007.

In all future correspondence or filings with the Board, please list the name and alien registration number ("A" number) of the case (as indicated above), as well as all of the names and "A" numbers for each family member who is included in this motion.

If you have any questions about how to file something at the Board, you should review the Board's Practice Manual and Questions and Answers at www.usdoj.gov/eoir

byersm