JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVDIP SINGH,<br><br>            Petitioner,<br><br>            v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>MICHAEL MUKASEY, U.S. Attorney General;<br>DAVID N. STILL, Director of Immigration and Naturalization Services (USCIS),<br><br>            Respondents. | No. C 08-2355 JF<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that representation of the Respondents in the above-entitled proceeding will be by Edward A. Olsen, Assistant United States Attorney.

Date: May 21, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　EDWARD A. OLSEN
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Respondents

Notice of Appearance
C 08-2355 JF

**CERTIFICATE OF SERVICE**

<u>Singh, Navdip v. Chertoff</u>, No. 08-2355 JF

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**NOTICE OF APPEARANCE**

to be served this date on the party(ies) in this action, by placing the true copy thereof, addressed as follows:

Navdip Singh
Box 6801
Orange, CA 92863

✔ First Class Mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with the office's practice.

___ Facsimile (FAX) Telephone No.

___ Personal Service (Messenger)

___ Federal Express

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 21, 2008                      _____/s/_____
                                         TIFFANI CHIU
                                         Paralegal Specialist

Notice of Appearance
C 08-2355 JF