# CERTIFICATE OF SERVICE

**Navdip Singh v. Chertoff, et al.**
<u>Case No. C 08-2355 JF</u>

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Motion to Dismiss or, in the Alternative, to Transfer; and [Proposed] Order**

to be served this date upon the party(ies) as follows:

✓    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____    **FACSIMILE (FAX)** Telephone No.: <u>(See Below)</u>   I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____    **FEDERAL EXPRESS**

____    **CERTIFIED MAIL**

____    **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Navdip Singh, Pro Se
Box 6801
Orange, CA 92863

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 28, 2008 at San Francisco, California.

                           /s/
                      CAROL E WEXELBAUM
                      Legal Assistant