**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                             General Court Number
Clerk                                                              408.535.5364

June 13, 2008

US District Court
Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

RE: CV 08-02355 JF   NAVDIP SINGH-v-MICHAEL CHERTOFF

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☒ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Gordana Macic*

by:  Gordana Macic
Case Systems Administrator

Enclosures
Copies to counsel of record

June 13, 2008

**These instructions are for internal court use only.
Do not make these instructions part of the  record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.